# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

**DATE:**   May 16, 2014

**LEONARD DAVIS**
**Judge Presiding**

Chief Staff Attorney:  Gabrielle LaHatte  
Law Clerk: Justin Gillett

Court Reporter: Jan Mason  
Courtroom Administrator:  Rosa Ferguson

| **ULTIMATEPOINTER, L.L.C.**<br><br>**V.**<br><br>**NINTENDO CO., LTD. ET AL** | **CIVIL ACTION NO**: **6:11-CV-496**<br>Motion Hearing |
|---|---|

| ATTORNEYS FOR PLAINTIFFS | ATTORNEYS FOR DEFENDANTS |
|---|---|
| SEE SIGN-IN SHEETS ||

On this day, came the parties by their attorneys and the following proceedings were had:

**OPEN:   10:00 am**                              **ADJOURN:    11:50 am**

| TIME: | MINUTES: |
|---|---|
| 10:00 am | Case called.   PARTIES ANNNOUNCED READY.   (SEE SIGN-IN SHEETS) |
| | Court addressed the parties take up Motion to Sever, Docket #83. |
| | Mr. Nelson presented **Nintendo's Motion to Sever, Transfer and Stay, Docket #311.** |
| | Mr. Magg responded as to what the issue regarding the Fed. Circuit opinion.   Mr. Nelson continued his presentation of Motion.   Court inquired as to the transfer analysis.   Mr. Nelson responded.   Court inquired as to being set for trial 3 or 4 months, and what effect will it be going back to Washington and starting over.   Mr. Nelson responded and continued with presentation of his motion. |
| | Mr. Magg responded to Motion.   Mr. Nelson replied. |
| | Court will move on to Defendants' Motion to Strike Infringement Contentions, Docket #353. |
| | Mr. Greiszler presented **Defendants' Motion to Strike P.R. 3-1 Infringement Contentions, Docket #353.** |
| | Mr. Maag responded.   Mr. Warden responded. |
| | Court will move on to Motion to Compel Interrogatory Response, Docket #363. |
| | Mr. Yarbrough presented **Defendants' Motion to Compel Interrogatory Response, Docket #363.** |
| | Mr. Warden responded.   Mr. Geiszler presented the other part of the motion. Court inquired if they would drop request if Plaintiff agrees not to assert its 5 prototypes.   Mr. Maag responded.  Mr. Geiszler continued with the presentation.   Mr. Warden responded. |
| | Court inquired as to mediation.   Court ordered the parties back to mediation within the next 30 |

| TIME: | MINUTES: |
|---|---|
|  | days and the Court will get ruling on motions as soon as possible. |
|  | Mr. Nelson made one last response to the last motion. |
| 11:50 am | There being nothing further, Court adjourned. |